### PERDUE *v.* ALDRIDGE.

A mortgage is a valid security between a mortgagor and mortgagee, without acknowledgement or record, except that, to bind a *femme covert,* it must be acknowledged by her.

In a complaint for foreclosure, by the mortgagee against the mortgagor alone, it is not necessary to aver that the mortgagor has not sold the land, or that the mortgage has been acknowledged or recorded.

Variances between instruments sued on, and those offered in evidence, where the defendant will not be prejudiced thereby, may be amended on the trial.

APPEAL from the *Delaware* Common Pleas.

*Per Curiam.*—A mortgage is a valid security between the mortgagor and mortgagee, without acknowledgment or record. Neither of these acts is necessarily a part of a mortgage, except as to a *femme covert.* 1 G. & H., p. 257, notes. She must acknowledge.

Where the suit to foreclose is by the mortgagee against the mortgagor alone, it is not necessary to aver in the complaint that the mortgagor has not conveyed away the land, or that the mortgage has been acknowledged or recorded.

Variances between instruments sued on and those offered in evidence, where the defendant will not be prejudiced thereby, may be amended on the trial. 2 G. & H., pp. 104, 114, and notes.

The judgment is affirmed, with five per cent. damages and costs.

*David Nation* and *Thomas S. Walterhouse,* for the appellant.
*Walter March,* for the appellee.